UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

```
FILED
Apr 23 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY       s/ kristenb        DEPUTY
```

| UNITED STATES OF AMERICA, | CASE NO. 13CR4499-BEN |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| JAIME RAFAEL VALDEZ-CARMONA, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in case #14CR0194-BEN against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

8:1326(a)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: APRIL 22, 2014

Bernard G. Skomal
U.S. Magistrate Judge